IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| *Plaintiff-Respondent* } | |
| } | |
| v. } | CRIMINAL ACTION NO. H-95-142-03 |
| } | CIVIL ACTION NO. H-03-2644 |
| PEDRO MORENO, } | |
| *Defendant-Petitioner* } | |

## ORDER DISMISSING ACTION

By separate order issued this day, the Court DENIED Pedro Moreno's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. Accordingly, the court **ORDERS** that Petitioner Pedro Moreno's action is **DISMISSED**.

**SIGNED** at Houston, Texas, this 27th day of September, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE